NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZENTIAN LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-2206

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00034, IPR2023-01193.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        ZENTIAN LTD. V. APPLE INC.

(2)  Each side shall bear their own costs.


                                        FOR THE COURT



February 14, 2025                       Jarrett B. Perlow
      Date                              Clerk of Court


**ISSUED AS A MANDATE:** February 14, 2025